**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil No. GJH-18-3666 |
| | * | |
| **One Astra 2000 Cub Pistol, Serial Number** | * | |
| **936016, One Taurus 85 Ultralite Revolver,** | * | |
| **Serial Number 73522 and Seventy-one (71)** | * | |
| **Rounds of Ammunition,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * | | |

## GOVERNMENT'S SUPPLEMENTAL BRIEFING

The United States of America, by and through its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Ilissa M. Gould, Assistant United States Attorney for said District, submits this supplemental briefing pursuant to the Court's Order dated December 2, 2019 (Docket No. 6).

**A. Procedural History**

On June 24, 2018 Officers with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), along with other Maryland state and local agencies, seized One Astra 2000 Cub Pistol, Serial Number 936016; One Tauras 85 Ultralite Revolver, Serial Number 73522; and approximately seventy-one rounds of ammunition (hereafter, the "Defendant Property") from George Coe ("Coe") during a search at Coe's residence at 9820 Ridge Street, Lanham, Maryland 20706. Docket No. 1. Coe's wife, Germay Coe, provided the ATF as well as state and local law enforcement with verbal and written consent to search the residence. *Id*. The Defendant Property was placed in the custody of the ATF in the state and district of Maryland. *Id*.

Pursuant to 18 U.S.C. § 983, ATF timely commenced administrative forfeiture proceedings against the Defendant Property thirty days after the June 24, 2018 seizure. Notice was sent to all parties potentially possessing an ownership in the property on July 24, 2018. *See* Exhibit A, "Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings" and Federal Express Proof-of-Delivery; *see also* 18 U.S.C. § 983(a)(1)(i) (a federal agency that seizes property for forfeiture must send "written notice to interested parties . . . as soon as practicable, and in no case more than 60 days after the date of seizure."). Additionally, ATF published notice of the forfeiture on forfeiture.gov from July 30, 2018 until August 28, 2018. *See* Exhibit B, "Legal Notice" and "Advertisement Certification Report." On September 4, 2018, the ATF received a claim to the Defendant Property from Germay Coe. *See* Exhibit C, "Seized Asset Claim Form" and envelope. ATF then promptly referred the matter to the Asset Forfeiture Unit at the United States Attorney's Office for the District of Maryland for review.

On November 30, 2018, undersigned counsel filed a verified complaint for forfeiture *in rem*, alleging that the Defendant Property should be forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) as a firearm and ammunition involved or used in any knowing violation of 18 U.S.C. § 922(g)(1) (felon in possession of any firearm or ammunition). Docket No. 1. On March 19, 2019, undersigned counsel timely moved for default judgment. Docket No. 5.

**B. The Government's Complaint For Forfeiture *In Rem* Was Timely Filed**

The Gun Control Act of 1968 ("GCA"), 18 U.S.C. § 924(d), authorizes forfeiture of most ammunition, firearms, destructive devices, etc. through administrative or civil judicial forfeiture proceedings. Relevant to the present case, the GCA authorizes forfeiture of any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g), "shipment or

transportation in interstate or foreign commerce, or possession or receipt, of any firearm or ammunition by prohibited persons, including felons . . .". The GCA also imposes the following timeline on the forfeiture process: "Any action or proceeding for the forfeiture of firearms or ammunition shall be commenced within one hundred and twenty days of . . . seizure." 18 U.S.C. § 924(d)(1).

At the same time, civil forfeiture is governed generally by the Civil Asset Forfeiture Reform Act of 2000 ("CAFRA"), 18 U.S.C. 983, as well as the "Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions." CAFRA also imposes a series of time deadlines for civil forfeitures, including those that begin administratively. Absent an extension of time, administrative forfeiture proceedings must commence by the sending of notice of forfeiture to known interested parties within 60 days after seizure (90 days where the property is seized by state and local law enforcement and turned over to a federal agency for federal forfeiture). 18 U.S.C. § 983(a)(1). If a claim is filed in the administrative proceeding, civil or criminal judicial forfeiture must be commenced within 90 days thereafter, unless the court extends that period for good cause or upon agreement of the parties. 18 U.S.C. § 983(a)(3)(A).

In the present case, this Court need not address which deadline controls, the GCA or CAFRA, because the Government complied with both filing deadlines. First, the Government clearly complied with the CAFRA deadline. Local, state, and federal law enforcement agencies seized the Defendant Property on June 24, 2018. While ATF had sixty days from the date of that seizure to commence administrative forfeiture proceedings, ATF actually initiated proceedings only thirty days after seizure, on July 24, 2018. *See* Exhibit A. Because a claim was filed in the administrative proceeding on September 4, 2018, the Government then had ninety days from that date – until December 3, 2018 – to pursue civil or criminal judicial forfeiture. *See* Exhibit C. In

this case, the Government filed the verified complaint for forfeiture *in rem* on November 30, 2018, before the CAFRA deadline.

Second, the Government also complied with the GCA deadline pursuant to 18 U.S.C. § 924(d), because ATF commenced administrative forfeiture proceedings prior to the conclusion of the 120-day period mandated by the GCA.[1]  In *United States v. Assorted Firearms*, 201 F. Supp. 2d 496 (D. Md. 2002), this District Court specifically considered whether the 120-day period for filing a forfeiture proceeding under the GCA is satisfied by the filing of an administrative forfeiture proceeding.  The Court concluded in the affirmative, holding that the proper reading of the statutory 120 period of limitations "is that administrative forfeiture proceedings satisfies the statute and that, where such administrative proceedings are timely instituted, a subsequent judicial action need not be instituted within 120 days of seizure." *Assorted Firearms* at 498. The District Court's decision was subsequently affirmed in an unpublished *per curiam* decision by the United States Court of Appeals for the Fourth Circuit.  *See United States v. Mowatt*, 74 Fed. Appx. 250 (4th Cir. 2003).  The Government's actions in the present case are wholly consistent with *Assorted Firearms*.

Moreover, most Courts that have considered the question have agreed that the GCA's 120-day deadline is satisfied where any forfeiture action or proceeding – including an administrative forfeiture – is begun within 120 days of the seizure.  *See*, *e.g.*, *United States v. Miscellaneous Firearms, Explosives, Destructive Devices and Ammunition*, 376 F.3d 709, 711-13 (7th Cir. 2004) (120-day rule for commencing civil forfeiture action against seized firearm satisfied where administrative forfeiture proceeding commenced within that period; not

---

[1] The Government acknowledges that the verified complaint for forfeiture *in rem* was filed more than 120 days after the June 24, 2018 seizure of the Defendant Property.  However, as discussed herein, ATF's commencement of the administrative forfeiture proceedings effectively complied with the 120-day filing period mandated by the GCA.

necessary to commence judicial forfeiture within 120-day period as well); *United States v. Ninety-Three (93) Firearms*, 330 F.3d 414, 419-24 (6th Cir. 2003); *United States v. Seven Firearms and Ammunition*, 116 Fed. Appx. 51, 52, 2004 WL 2676451 (8th Cir. 2004); *United States v. 24 Firearms From Various Manufacturers, Makes, Models and Assorted Calibers, and Approximately 3,138 Rounds of Assorted Ammunition*, 2018 WL 4935453 (E.D. Wash. 2018) (sending timely notice of administrative forfeiture to potential claimant sufficient to constitute the start of administrative forfeiture proceedings, thus complying with the 120 day rule; "any action or proceeding" contemplates administrative forfeiture proceedings); *United States v. Sixty Firearms*, 186 F. Supp. 2d 538 (M.D. Pa. 2002); *United States v. Twelve Firearms*, 16 F. Supp. 2d 738 (S.D. Tex. 1998); *United States v. Twelve Miscellaneous Firearms*, 816 F. Supp. 1316 (C.D. Ill. 1993).

### C. Conclusion

For all of the foregoing reasons, the Government sufficiently complied with both the CAFRA and GCA forfeiture deadlines. Accordingly, its verified complaint for forfeiture *in rem* should not be dismissed as time-barred.

                        Respectfully submitted,

                        Robert K. Hur
                        United States Attorney
                        District of Maryland

                        __/s/Ilissa M. Gould_____
                        Ilissa M. Gould
                        Assistant United States Attorney
                        36 South Charles Street
                        Fourth Floor
                        Baltimore, Maryland 21201
                        Tel: (410) 209-4842

# **<u>EXHIBIT A</u>**



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC  20226*
*www.atf.gov*

George Coe
9820 RIDGE ST
Lanham, MD 20706-4752

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

### SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** July 24, 2018 | **Asset ID Number:** Multiple Assets |
| **Notice Letter ID:** 24193 (use ID when searching for assets during online filing) ||
| **Description of Seized Property:** See Attached List ||
| **Seizure Date and Location:** See Attached List ||
| **Forfeiture Authority:** See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

   **TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

   A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
   B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD □ Room (3.N.600), Washington, DC 20226. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice.  *See* 28 C.F.R. Parts 8 and 9.
   C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. § 1746.
   D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm.  If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
   F. **No Attorney Required:** You do not need an attorney to file a petition.  You may, however, hire an attorney to represent you in filing a petition.
   G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel.  The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice.  *See* 28 C.F.R. § 9.1.
   H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
   I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.
   J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above.  For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD  Room (3.N.600), Washington, DC 20226.

B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **August 28, 2018**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **August 28, 2018** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
   - Claimant has a possessory interest in the property;
   - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   - Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

George Coe                                         Notice of Seizure

**Asset List**

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on July 3, 2018 by the ATF at Lanham, Maryland.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 18-ATF-024307 | 4 Rounds Sellier & Bellot Ammunition CAL:12 | $0.40 | |
| 18-ATF-024309 | 1 Rounds Remington Ammunition CAL:12 | $0.10 | |
| 18-ATF-024310 | Winchester 120 Ranger Shotgun CAL:12 SN:L1624792 | $300.00 | L1624792 |

**Seizure Date and Location:**  The asset(s) referenced in this notice letter were seized on June 24, 2018 by the ATF at Lanham, Maryland.

**Forfeiture Authority:**  The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 18-ATF-023573 | Astra 2000 Cub Pistol CAL:25 SN:936016 | $300.00 | 936016 |
| 18-ATF-023808 | Taurus 85 Ultralite Revolver CAL:38 SN:VB73522 | $300.00 | VB73522 |
| 18-ATF-023811 | 25 Rounds Remington Ammunition CAL:25 | $2.50 | |
| 18-ATF-023813 | 34 Rounds Remington Ammunition CAL:38 | $3.40 | |
| 18-ATF-023817 | 13 Rounds Remington Ammunition CAL:12 | $1.30 | |
| 18-ATF-023819 | 5 Rounds Remington Ammunition CAL:38 | $0.50 | |
| 18-ATF-023821 | 7 Rounds Remington Ammunition CAL:25 | $0.70 | |
| 18-ATF-023824 | 5 Rounds Remington Ammunition CAL:12 | $0.50 | |



December 11,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **772802541670**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | LANHAM, MD |
| **Signed for by:** | G.COEEE | **Delivery date:** | Jul 27, 2018 15:34 |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772802541670 | **Ship date:** | Jul 24, 2018 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| LANHAM, MD US | WASHINGTON, DC US |
| **Reference** | 761050-18-0067 |

Thank you for choosing FedEx.

# **EXHIBIT B**

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:** The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:** You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. A claim need not be made in any particular form and may be filed online or in writing. See 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the ATF pursuant to the instructions shown in this notice. The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online. If you cannot find the desired assets online, you must file your claim in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:** Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. See 18 U.S.C. Section 983(f). The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant. A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the Bureau of Alcohol, Tobacco, Firearms and Explosives, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE, Mail Stop 3N 600, Washington, DC 20226.

## LAST DATE TO FILE: 09/28/2018

## DISTRICT OF MARYLAND
**18-ATF-023429:** Glock GMBH 21 Pistol CAL:45 SN:BRR131US, valued at $350.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 25, 2018 from Douglas Quander in Bowie, MD, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023430:** 14 Rounds Speer Ammunition CAL:45, valued at $1.40, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 25, 2018 from Douglas Quander in Bowie, MD, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023431:** Smith & Wesson 36 Revolver CAL:38 SN:2J928, valued at $150.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 25, 2018 from Douglas Quander in Bowie, MD, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023573:** Astra 2000 Cub Pistol CAL:25 SN:936016, valued at $300.00, seized by the ATF on June 24, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023808:** Taurus 85 Ultralite Revolver CAL:38 SN:73522, valued at $300.00, seized by the ATF on June 24, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023811:** 25 Rounds Remington Ammunition CAL:25, valued at $2.50, seized by the ATF on June 24, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023813:** 34 Rounds Remington Ammunition CAL:38, valued at $3.40, seized by the ATF on June 24, 2018

**(Continued on next page)**
[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:** The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:** You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. A claim need not be made in any particular form and may be filed online or in writing. *See* 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the ATF pursuant to the instructions shown in this notice. The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online. If you cannot find the desired assets online, you must file your claim in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:** Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. Section 983(f). The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant. A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the Bureau of Alcohol, Tobacco, Firearms and Explosives, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE, Mail Stop 3N 600, Washington, DC 20226.

## LAST DATE TO FILE: 09/28/2018

## DISTRICT OF MARYLAND
**18-ATF-023813 - (Continued from previous page)**
from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023817:** 13 Rounds Remington Ammunition CAL:12, valued at $1.30, seized by the ATF on June 24, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023819:** 5 Rounds Remington Ammunition CAL:38, valued at $0.50, seized by the ATF on June 24, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023821:** 7 Rounds Remington Ammunition CAL:25, valued at $0.70, seized by the ATF on June 24, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-023824:** 5 Rounds Remington Ammunition CAL:12, valued at $0.50, seized by the ATF on June 24, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-024307:** 4 Rounds Sellier & Bellot Ammunition CAL:12, valued at $0.40, seized by the ATF on July 03, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-024309:** 1 Rounds Remington Ammunition CAL:12, valued at $0.10, seized by the ATF on July 03, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-024310:** Winchester 120 Ranger Shotgun CAL:12 SN:L1624792, valued at $300.00, seized by the ATF on July 03, 2018 from George Coe in Lanham, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]



# Advertisement Certification Report

The internet advertisement was available on the www.forfeiture.gov web site for at least 18 hours per day between July 30, 2018 and August 28, 2018. Below is a summary report that identifies the results of the web monitoring system's daily check that verifies the advertisement was available each day.

Ad Number: 165650
For Asset ID(s):  See Attached Advertisement Copy
For Case Number: 761050-18-0067

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/30/2018 | 24.0 | Verified |
| 2 | 07/31/2018 | 24.0 | Verified |
| 3 | 08/01/2018 | 24.0 | Verified |
| 4 | 08/02/2018 | 24.0 | Verified |
| 5 | 08/03/2018 | 24.0 | Verified |
| 6 | 08/04/2018 | 24.0 | Verified |
| 7 | 08/05/2018 | 24.0 | Verified |
| 8 | 08/06/2018 | 24.0 | Verified |
| 9 | 08/07/2018 | 24.0 | Verified |
| 10 | 08/08/2018 | 24.0 | Verified |
| 11 | 08/09/2018 | 24.0 | Verified |
| 12 | 08/10/2018 | 24.0 | Verified |
| 13 | 08/11/2018 | 24.0 | Verified |
| 14 | 08/12/2018 | 24.0 | Verified |
| 15 | 08/13/2018 | 24.0 | Verified |
| 16 | 08/14/2018 | 24.0 | Verified |
| 17 | 08/15/2018 | 24.0 | Verified |
| 18 | 08/16/2018 | 24.0 | Verified |
| 19 | 08/17/2018 | 24.0 | Verified |
| 20 | 08/18/2018 | 24.0 | Verified |
| 21 | 08/19/2018 | 24.0 | Verified |
| 22 | 08/20/2018 | 24.0 | Verified |
| 23 | 08/21/2018 | 24.0 | Verified |
| 24 | 08/22/2018 | 24.0 | Verified |
| 25 | 08/23/2018 | 24.0 | Verified |
| 26 | 08/24/2018 | 24.0 | Verified |
| 27 | 08/25/2018 | 24.0 | Verified |
| 28 | 08/26/2018 | 24.0 | Verified |
| 29 | 08/27/2018 | 24.0 | Verified |
| 30 | 08/28/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# **EXHIBIT C**



FOR GOVERNMENT AGENCY USE ONLY

DATE CLAIM RECEIVED

CLAIM FILED TIMELY?  Y   N

# SEIZED ASSET CLAIM FORM

Name: Germay Dooley Coe
Address: 9820 Ridge Street
Lanham, Md 20706

Telephone No. (34) 875-9231 (C)
             301 794-5838 (H)

Agency Case No.: 761050-18-0067

Seizure No.:

## PART I

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. 18-ATF-023573   Astra 2000 Cub Pistol CAL:25  SN: 936016
2. 18-ATF-023808   Taurus 85 Ultralite Revolver CAL:38  SN: 73522
3. 18-ATF-023811   25 Rounds Remington Ammunition CAL:25
4. 18-ATF-023813   34 Rounds Remington Ammunition CAL:38
5. 18-ATF-023819   5 Rounds Remington Ammunition CAL:38
6. 18-ATF-023821   7 Rounds Remington Ammunition CAL:25

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

I am the legal and ~~free~~ licensed owner of the above assets. Both of the guns were purchased at Atlantic Guns Inc., 944 Bonifant St., Silver Spring, Md. 20910.  301-585-4448.

## PART I (continued)

7.
8.
9.

## PART II (continued)

_____
_____
_____
_____
_____

## PART III – INSURANCE

Did you file an insurance claim for the property you are claiming? _____ No _____

Did you receive compensation from your insurance company for the property you are claiming? _____ No _____

If so, please provide the name and address of your insurance company. _____
_____

## PART IV - ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

Germay Dooley Coe
Name (Print)

Date 8/24/2018

Germay Dooley Coe
Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 USC § 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRSONMENT.

B. Coe
9820 Ridge St
Bowham, Md 20706

RECEIVED
SEP 04 2018
ATF MAIL ROOM PT
RETURN RECEIPT REQUESTED

7018 0360 0000 0085 3009

DOJ MAY
SEP 04 2018
X-RAY'D

Bureau of Alcohol, Tobacco, Firearms + Explosives
Asset Forfeiture and Seized Property Division
99 New York Avenue N.E.
Mail Stop 3N600
Washington, D.C. 20226

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 13, 2019, the foregoing Supplemental Briefing was filed via ECF, and that copies were mailed first-class, postage prepaid to John J. Carroll, 12511 Stem Lane, Bowie, Maryland 20715, and to George Coe and Germay Dooley Coe, 9820 Ridge Street, Lanham, Maryland 20706.

/s/Ilissa M. Gould
Ilissa M. Gould
Assistant United States